164 A.3d 398

JOHN SAPONARA AND ROSEMARY SAPONARA, H/W, PLAIN-
TIFFS–PETITIONERS, v. ZONING BOARD OF THE BOU-
ROUGH OF COLLINGSWOOD, DEFENDANT–RESPONDENT,
AND THE BOROUGH OF COLLINGSWOOD, DEFENDANT–RE-
SPONDENT.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002736–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

164 A.3d 399

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT E. COLES, DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005111–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.